**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GEORGE HARMS CONSTRUCTION CO., INC. and BRIAN BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>GATEWAY DEVELOPMENT COMMISSION, DR. BALPREET GREWAL-VIRK, In Her Official Capacity, ALICIA GLEN, In Her Official Capacity, TONY COSCIA, In His Official Capacity, JAMEY BARBAS, In Her Official Capacity, AMY ROSEN, In Her Official Capacity, MARIE THERESE DOMINGUEZ, In Her Official Capacity, VICTOR J. HERLINSKY, JR., In His Official Capacity, THOMAS F. PRENDERGAST, In His Official Capacity, FEDERAL TRANSIT ADMINISTRATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, JOHN DOES 1-20, AND ABC ENTITIES 1-10.<br><br>Defendants. | Civil Action No.: 3:25-cv-17679-SDW-JRA<br><br>**INTERVENOR-DEFENDANT'S ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES** |

Pursuant to this Court's Orders of July 31 and August 10, 2026 (ECF 104 & ECF 109), Intervenor-Defendant the State of New Jersey ("Intervenor-Defendant"), by and through the undersigned counsel, hereby answers the allegations set forth in Plaintiffs'

operative Complaint (ECF 1), while reserving the right to file any appropriate responsive pleading, including by answer or by motion, to any amended complaint. Due to an inadvertent administrative error on the part of Intervenor-Defendant's counsel, counsel for Intervenor-Defendant did not timely receive this Court's July 31 Order. Counsel apologizes to the Court and, pursuant to this Court's August 10 Order directing Intervenor-Defendant to answer the Complaint by August 12, 2026, Intervenor-Defendant answers Plaintiffs' allegations as follows:

## INTRODUCTION

Plaintiff's introduction section has no numbered paragraphs to respond to. Therefore, no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

## PARTIES

1. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

2. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

13. Admitted.

14. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

15. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

## JURISDICTION AND VENUE

16. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statutes speak for themselves.

17. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statutes speak for themselves.

18. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statutes speak for themselves.

19. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statutes speak for themselves.

20. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

21. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

22. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

23. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

**FACTS**

24. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to whether the referenced document is accurately cited.

25. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

26. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

27. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

28. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

29. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

30. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

31. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

32. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statutes speak for themselves.

33. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

34. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

35. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

36. . Denied. The cited portions of the Procurement Guidelines are about ensuring a fair and competitive bid process. The only statement these sections make about awarding a bid is, "The contract shall be awarded to the lowest responsible and responsive bidder whose bid meets the requirements and criteria set forth in the IFB."

37. Denied. The quoted line from the procurement guidelines requires that all bids contain language which certifies that "[t]he prices in this bid have been arrived at independently without collusion, consultation, communication, or agreement, for the purpose of restricting competition, as to any matter relating to such prices with any other bidder or with any competitor." This section of the procurement guidelines is about preventing anti-competitive collusion among bidders and contractors.

38. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

39. Admitted.

40. Admitted.

41. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations because it is unclear what New Jersey labor law this allegation refers to.

42. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

43. Denied. The PDA at §4.01(b) states which labor laws will apply to each portion of the project. The PDA at §§4.04(a)) states that Amtrak will provide funding, "subject to federal appropriations and requirements, and the provisions of the Funding Agreements and GDC Operations Funding Agreements, each as contemplated in Article XI."

44. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statutes and regulations speak for themselves.

45. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited regulation speaks for itself.

46. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

47. Admitted.

48. Admitted.

49. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

50. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

51. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

52. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

53. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

54. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

55. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

56. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

57. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

58. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

59. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

60. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

61. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

62. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

63. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

64. Admitted that Harms and USW sent the referenced letter to Governor Phil Murphy. The factual assertions in the letter are denied.

65. Admitted that Plaintiffs accurately quoted the referenced letter. The factual assertions of the letter are denied.

66. Admitted that Plaintiffs accurately quoted the referenced letter. The factual assertions of the letter are denied.

67. Admitted that the referenced letter states that information was communicated to the New Jersey Department of Transportation, New Jersey Transit, the New Jersey Turnpike Authority and the South Jersey Transportation Authority.

68. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

69. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

70. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

71. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

72. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

73. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

74. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

75. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

76. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

77. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

78. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

79. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

80. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

81. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

82. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

83. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

84. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

85. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

86. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

87. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

88. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

89. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

90. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

91. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

92. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

93. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

94. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

95. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

96. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

97. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

98. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

99. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

100. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

101. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

102. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

103. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

104. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

105. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

106. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

107. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

108. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

109. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

110. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

111. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

112. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

113. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

114. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

115. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

116. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

117. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

118. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

119. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

120. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

121. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

122. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

123. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

124. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

125. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

126. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

127. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

128. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

129. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

130. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

131. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

## COUNT ONE

132. Intervenor-Defendant herby repeats and reasserts its answers to the previous paragraphs as if set forth fully herein.

133. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

134. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

135. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

136. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

137. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are

understood as factual assertions to which a response is required, the cited statute speaks for itself.

138. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

139. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

140. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

141. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

142. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

143. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

144. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

145. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

## COUNT TWO

146. Intervenor-Defendant herby repeats and reasserts its answers to the previous paragraphs as if set forth fully herein.

147. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

148. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

149. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

150. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

151. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

152. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

153. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

**COUNT THREE**

154. Intervenor-Defendant herby repeats and reasserts its answers to the previous paragraphs as if set forth fully herein.

155. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited statute speaks for itself.

156. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

157. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

158. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

## COUNT FOUR

159. Intervenor-Defendant herby repeats and reasserts its answers to the previous paragraphs as if set forth fully herein.

160. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

161. The allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, the cited Constitutional provision and case law speak for itself.

162. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

163. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

164. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

165. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

## COUNT FIVE

166. Intervenor-Defendant herby repeats and reasserts its answers to the previous paragraphs as if set forth fully herein.

167. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

168. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

169. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

## COUNT SIX

170. Intervenor-Defendant herby repeats and reasserts its answers to the previous paragraphs as if set forth fully herein.

171. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

172. Intervenor-Defendant lacks knowledge or information sufficient to form a belief as to the truth of the factual allegations in this paragraph.

173. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

## COUNT SEVEN

174. Intervenor-Defendant herby repeats and reasserts its answers to the previous paragraphs as if set forth fully herein.

175. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

176. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

177. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

178. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

179. The Allegations in this paragraph are not factual assertions, but rather conclusions of law to which no response is required. To the extent such allegations are understood as factual assertions to which a response is required, they are denied.

## PRAYER FOR RELIEF

**WHEREFORE,** Intervenor-Defendant demand judgment dismissing Plaintiff's Complaint with prejudice, together with costs of suit.

Intervenor-Defendant denies that Plaintiff's constitutional or statutory rights have been violated. Intervenor-Defendant denies that Plaintiff is entitled to any relief, including a declaratory judgment and/or injunctive relief, attorney's fees, and costs, any facial relief, or any other relief demanded by Plaintiffs.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to present a justiciable case or controversy.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

The challenged PLA does not violate the First Amendment.

### FOURTH AFFIRMATIVE DEFENSE

The challenged PLA does not violate the Due Process Clause.

**FIFTH AFFIRMATIVE DEFENSE**

The challenged PLA does not violate the Equal Protection Clause.

**SIXTH AFFIRMATIVE DEFENSE**

The challenged PLA does not violate the New Jersey State Constitution.

**SEVENTH AFFIRMATIVE DEFENSE**

The challenged PLA does not violate the Sherman Act.

**EIGHTH AFFIRMATIVE DEFENSE**

The GDC has not violated 42 U.S.C. § 1981.

**NINTH AFFIRMATIVE DEFENSE**

Intervenor-Defendants reserve the right to assert each and every other separate affirmative defense that continuing investigation and discovery may indicate.

**TENTH AFFIRMATIVE DEFENSE**

Intervenor-Defendants hereby claim the benefit of each and every affirmative defense alleged by any party to this matter now or in the future.

**RESERVATION OF RIGHTS AND DEFENSES**

Intervenor-Defendant hereby reserves any and all defenses that are available under the Federal Rules of Civil Procedure and any other defenses, at law or in equity, that may now exist or become available later as a result of discovery and further factual investigation during this litigation. Intervenor-Defendants reserve the right, at or before trial, to move for summary judgment on any appropriate grounds.

DATED: August 10, 2026

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Nathaniel Rubin
Nathaniel Rubin
Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street
Trenton, New Jersey 08625
NJ Bar No.: 524572025
(609) 789-2889
nathaniel.rubin@njoag.gov
Attorney for Intervenor-Defendant New Jersey